THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Brandon Eugene
 Jones, Appellant.
 
 
 

Appeal From Richland County
 John  L.  Breeden, Circuit Court Judge
Unpublished Opinion No. 2008-UP-175
Submitted March 3, 2008  Filed March 13,
 2008   
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Brandon Eugene Jones pled guilty to three counts of first-degree
 criminal sexual conduct with a minor.  Jones appeals his concurrent sentences
 of thirty years on each charge.  Jones counsel attached to the brief a petition to be relieved as
 counsel, stating that he had reviewed the record and concluded this appeal
 lacks merit.  Jones filed a separate pro se brief.  After a
 thorough review of the record, counsels
 brief, and Jones pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HUFF,
 KITTREDGE, and WILLIAMS JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.